AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Unkechaug Indian Nation, Harry B. Wallace in his
capacity as Chief and Individually,

*Plaintiff(s)*

v.

Civil Action No.

Basil Seggos, in his official capacity as the
Commissioner of the New York State Department of
Environmental Conservation, and the New York State
Department of Conservation,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* New York State Department of Environmental Conservation

> New York State Attorney General Office
> 120 Broadway
> New York, NY
> 10271-0332
> (212) 416-8000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Law Offices of James F. Simermeyer P.C.
> 3040 88th Street
> East Elmhurst, New York 11369
> Tel. (718) 335-9200
> Email: James@Simermeyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Case 2:18-cv-01132-WFK-AYS   Document 1-1   Filed 02/21/18   Page 2 of 4 PageID #: 41

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                      .

    ❏ I personally served the summons on the individual at *(place)*

                                       on *(date)*                      ; or

    ❏ I left the summons at the individual's residence or usual place of abode with *(name)*

                                  , a person of suitable age and discretion who resides there,

    on *(date)*                      , and mailed a copy to the individual's last known address; or

    ❏ I served the summons on *(name of individual)*                                                                  , who is

    designated by law to accept service of process on behalf of *(name of organization)*

                                        on *(date)*                      ; or

    ❏ I returned the summons unexecuted because                                                                  ; or

    ❏ Other *(specify):*

    My fees are $                      for travel and $                      for services, for a total of $   0.00   .

    I declare under penalty of perjury that this information is true.

Date:

                                         *Server's signature*

                                         *Printed name and title*

                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Unkechaug Indian Nation, Harry B. Wallace in his
capacity as Chief and Individually,

_____
*Plaintiff(s)*

v.

Basil Seggos, in his official capacity as the
Commissioner of the New York State Department of
Environmental Conservation, and the New York State
Department of Conservation,
_____
*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Basil Seggos, in his official capacity as the Commissioner of the New York State
Department of Environmental Conservation.

Commissioner
625 Broadway
Albany, NY 12233-1011
518-402-8545

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Law Offices of James F. Simermeyer P.C.
3040 88th Street
East Elmhurst, New York 11369
Tel. (718) 335-9200
Email: James@Simermeyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                          *Server's signature*

                              _____
                                          *Printed name and title*

                              _____
                                          *Server's address*

Additional information regarding attempted service, etc: