

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

BARBARA D. UNDERWOOD
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
SUFFOLK REGIONAL OFFICE

November 29, 2018

The Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: **Unkechaug Indian Nation, et al. v. Basil Seggos, as Commissioner, et al.**
Index No. 2:18-cv-01132-WFK-AYS

Dear Judge Kuntz:

I write on behalf of the Defendants in the above-captioned matter, in accordance with the Court's June 19, 2018 order with respect to Defendants' motion to dismiss. Today, contemporaneously with the submission of this letter, Defendants served via UPS Overnight and e-mail, the following documents upon Plaintiffs: (1) Defendants' Notice of Motion to Dismiss the Complaint; (2) the Affirmation of Robert Morelli, with exhibits A-C, in support of Defendants' Motion to Dismiss; and (3) Defendants' Memorandum of Law in Support of their Motion to Dismiss.

As the Court has previously requested, these documents will not be electronically filed until the motion is fully submitted; and at that time, Defendants will also send a courtesy copy of these papers to the Court via UPS Overnight.

Defendants are available to discuss this matter at the Court's convenience, if necessary, and thank the Court for its attention to these matters.

Respectfully,

Robert E. Morelli, Esq.
Assistant Attorney General

CC: James Simermeyer, Esq.
Counsel for Plaintiffs
Via ECF